IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ANDREA and BRIAN MASCHKA, Individually and as Parents and Next Friend of B.M., a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>WAUKEE COMMUNITY SCHOOL DISTRICT, LYNDSAY MARRON, ALLISON SALOW and KATIE WITTMER,<br><br>Defendants. | Case No. 4:17-cv-00424-RP-HCA<br><br><br><br><br>**DISMISSAL WITH PREJUDICE** |

**COME NOW** the Plaintiffs, Andrea and Brian Maschka, Individually and as Parents and Next Friend of B.M., a Minor, and hereby dismiss with prejudice the Petition against the Defendants Waukee Community School District, Lyndsay Marron, Allison Salow and Katie Wittmer, in the above-captioned matter. The Clerk of Court is authorized to sign out for any and all costs advanced on behalf of the Plaintiffs and the Defendants, in this matter.

                              GOURLEY, REHKEMPER & LINDHOLM, P.L.C.

                              By: Robert G. Rehkemper AT0006553
                              440 Fairway, Suite 210
                              West Des Moines, IA 50266
                              Phone: (515) 226-0500
                              Fax: (515) 244-2914
                              E-mail: rgrehkemper@grllaw.com
                              **ATTORNEYS FOR PLAINTIFFS**
                              **ANDREA and BRIAN MASCHKA,**
                              **Individually and as Parents and**
                              **Next Friend of B.M., a Minor**